No. 614.  R. A. HOLMAN & Co., INC., ET AL. *v.* SECURI-
TIES AND EXCHANGE COMMISSION.  C. A. 2d Cir.  Cer-
tiorari denied.  MR. JUSTICE FORTAS took no part in the
consideration or decision of this petition.  *Milton V.
Freeman, Edgar H. Brenner, Daniel A. Rezneck* and
*Sidney P. Howell, Jr.,* for petitioners.  *Acting Solicitor
General Spritzer, Philip A. Loomis, Jr., David Ferber* and
*Edward B. Wagner* for respondent.

No. 160, Misc.  ELDRIDGE *v.* KANSAS.  Sup. Ct. Kan.
Certiorari denied.  *Robert C. Londerholm,* Attorney
General of Kansas, for respondent.

No. 53, Misc.  ROGERS *v.* MASSACHUSETTS.  Sup. Jud.
Ct. Mass.  Certiorari denied.  *Elliot L. Richardson,*
Attorney General of Massachusetts, and *Willie J. Davis,*
Assistant Attorney General, for respondent.

No. 146, Misc.  HOLLAND *v.* WEAKLEY, REFORMATORY
SUPERINTENDENT, ET AL.  C. A. D. C. Cir.  Certiorari
denied.

No. 260, Misc.  WILLIAMS *v.* UNITED STATES.  C. A.
2d Cir.  Certiorari denied.  *Acting Solicitor General
Spritzer, Assistant Attorney General Vinson* and *Bea-
trice Rosenberg* for the United States.

No. 382, Misc.  GARCIA *v.* UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.  *Leon B. Polsky* and *Phylis Skloot
Bamberger* for petitioner.  *Solicitor General Griswold,
Assistant Attorney General Vinson* and *Beatrice Rosen-
berg* for the United States.